IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

EVELYN S. BRAND                                               Plaintiff

v.                           3:07CV00142 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                      Defendant

**JUDGMENT**

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed without prejudice.

IT IS SO ORDERED.

DATED this 24th day of February, 2009.

_____
UNITED STATES MAGISTRATE JUDGE